IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ARTURO ORTIZ,

       Petitioner,

v.

JULIE L. JONES, Secretary,
Florida Department of Corrections,

       Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5565

Opinion filed February 25, 2015.

Petition for Writ of Prohibition -- Original Jurisdiction.

Arturo Ortiz, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee; Jennifer Parker, General Counsel, Department of Corrections, Tallahassee, for Respondent.

PER CURIAM.

       DENIED.

LEWIS, C.J., BENTON and THOMAS, JJ., CONCUR.